

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-14-00269-CR

_____

**JAMES GLYNN KEETON,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

_____

**From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 2013-2046-CR2**

---

# O R D E R

---

James Keeton's motion for extension of time to file his motion for rehearing is

granted. Keeton's motion for rehearing is due December 7, 2015.


PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Motion granted
Order issued and filed November 12, 2015

